# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 21-11337 |
| Vanessa R. Putman FKA Vanessa R Scott | Chapter 13 |
| | Judge Eric L. Frank |
| Debtor(s) | * * * * * * * * * * * * * * * * * * * |
| | |
| Deutsche Bank National Trust Company, as Trustee on behalf of HSI Asset Securitization Corporation Trust 2006-HE1 | |
| Movant | |
| | |
| v. | |
| | |
| Vanessa R. Putman FKA Vanessa R Scott | |
| Ronald Putman | |
| Kenneth E. West, Trustee | |
| Respondents | |

## CERTIFICATE OF DEFAULT

Now comes Deutsche Bank National Trust Company, as Trustee on behalf of HSI Asset Securitization Corporation Trust 2006-HE1, its successor and assigns (hereinafter, "Creditor"), by and through its mortgage servicing agent Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through counsel, and certifies to this Court that Vanessa R. Putman FKA Vanessa R Scott ("Debtor") has failed to comply with the Order approving the stipulation dated September 10, 2021, a copy of which is attached hereto as Exhibit "A", by failing to make timely payments in accordance with the stipulation.  Pursuant to the Order, the automatic stay will terminate upon the filing of a Certificate of Default.

Creditor hereby avers that Debtor is delinquent for the February 1, 2022 payment and for all arrears that were due thereafter.  Further, pursuant to the terms of the stipulation, Creditor provided Debtor and their Counsel with a Notice of Default on February 25, 2022, allowing

21-015021_JDD1

Debtors ten (10) days to cure the default.  A copy of said default letter is attached hereto as Exhibit "B".  Ten (10) days have passed and the default has not been cured.

    WHEREFORE, upon the filing of this Certificate of Default, Creditor requests that the Court enter an order terminating the automatic stay.

        Respectfully submitted,

        /s/ Alyk L. Oflazian
        Alyk L. Oflazian, Esquire (312912)
        Adam B. Hall (323867)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Alyk L. Oflazian.
        Contact email is ALOflazian@manleydeas.com

21-015021_JDD1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 21-11337 |
| **Vanessa R. Putman FKA Vanessa R Scott** | : **Chapter 13** |
| | : **Judge Eric L. Frank** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Deutsche Bank National Trust Company, as Trustee on behalf of HSI Asset Securitization Corporation Trust 2006-HE1** | : |
| **Movant** | : |
| | : |
| v. | : |
| | : |
| **Vanessa R. Putman FKA Vanessa R Scott** | : |
| **Ronald Putman** | : |
| **Kenneth E. West, Trustee** | : |
| **Respondents** | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certificate of Default was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Vanessa R. Putman FKA Vanessa R Scott, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March  17 , 2022:

Vanessa R. Putman FKA Vanessa R Scott, 6919 Waxwing Place, Philadelphia, PA  19142

21-015021_JDD1

Ronald Putman, 6919 Waxwing Pl, Philadelphia, PA  19142-2513

DATE:  3/17/2022

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

21-015021_JDD1