

MANLEY DEAS
KOCHALSKI

MANLEYDEAS.COM

P.O. BOX 165028
COLUMBUS, OH 43216
P 614-220-5611 | F 614-220-5613

February 25, 2022

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Re:     Deutsche Bank National Trust Company, as Trustee on behalf of HSI Asset
        Securitization Corporation Trust 2006-HE1 v.
        Vanessa R. Putman FKA Vanessa R Scott
        Case No. 21-11337
        Our File No. 21-015021

Dear Sir/Madam:

Please be advised that your client, Vanessa R. Putman FKA Vanessa R Scott, has failed to comply with the Agreed Order entered into on September 10, 2021 on behalf of the above referenced Debtor.

The Debtor is currently behind through February, 2022 as follows:

|  | Amount | # of Pmts Behind | Total |
|---|---|---|---|
| Regular Mortgage Payments for January, 2022 - February, 2022 | $1,059.87 | 2 | $2,119.74 |
| **TOTAL:** |  |  | **$2,119.74** |

Please note that this letter serves as a Notice of Default and opportunity to cure the arrearage stated above.  **You will have ten (10) days from the date of receipt of this letter in which you must remit the funds listed above.  If no response is received within ten (10) days, the Stay will automatically terminate without further notice or motion, upon the filing of a Certification of Default.**

**PLEASE ALSO NOTE THAT THE MARCH 1, 2022 PAYMENT IN THE AMOUNT OF $1,059.87 WILL ALSO BE DUE, BUT IS NOT YET IN DEFAULT UNDER THE AGREED ORDER.**

Should you have any questions regarding this matter, please do not hesitate to contact me at 614-220-5611.

Very truly yours,

Alyk L. Oflazian

21-015021_JDD1

CC:    Vanessa R. Putman FKA Vanessa R Scott
        6919 Waxwing Place
        Philadelphia, PA  19142

        Vanessa R. Putman FKA Vanessa R Scott
        6919 Waxwing Pl
        Philadelphia, PA  19142-2513

21-015021_JDD1